UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARIS BAGUETTE FAMILY, INC.,

                    Plaintiff,

      -against-

JACKY DASWANI, AMRITA DASWANI, and
PARAMOUNT BAKERS, LLC,

                    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    6/9/2026
```

26 Civ. 3891 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendants' pre-motion letter seeking leave to file a motion to dismiss Plaintiff's complaint and/or transfer this action to the North District of California, as well as Plaintiff's response. *See* ECF Nos. 9, 10. Accordingly:

1. The Court GRANTS Defendants leave to file their anticipated motion to dismiss Plaintiff's complaint and/or transfer this action to the Northern District of California pursuant to 28 U.S.C. § 1404(a), *see* ECF No. 9;

2. By **July 7, 2026**, Defendants shall file their joint motion;

3. By **July 21, 2026**, Plaintiff shall file its response;

4. By **August 4, 2026,** Defendants shall file their reply, if any.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 9.

SO ORDERED.

Dated: June 9, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge